# RICHARD H. ROSENBERG
ATTORNEY AT LAW

217 BROADWAY
SUITE 707
NEW YORK, NEW YORK 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-13-2019

TEL: 212-586-3838
FAX: 212-962-5037
richrosenberg@msn.com

December 9, 2019

Hon. Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

MEMO ENDORSED

Re:  **United States v. Sydney Scales**
     **19-CR-96 (LTS)**

Dear Judge Swain:

    I am former counsel to defendant Sydney Scales. On March 28, 2019, this Court appointed Clara Kalhous, Esq., as associate counsel in this case to work at my direction on matters including discovery review and brief drafting. On October 23, 2019, this Court relieved me as Mr. Scales' counsel due to irreconcilable differences and, shortly thereafter, appointed Justine Harris in my stead. I have confirmed that Ms. Harris prefers to work with her own associate counsel on the case. Accordingly, I respectfully ask the Court to relieve Ms. Kalhous as associate counsel for Mr. Scales effective this date.

    I thank the Court for its consideration.

Respectfully submitted,

Richard H. Rosenberg

*The request is granted.*

SO ORDERED:

/s/ 12/13/19
HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE