**George Robert Goltzer**
**Attorney At Law**
**152 West 57th Street**
**8th Floor**
**New York, NY 10019**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-17-2019

Ying Stafford
Associate Counsel

MEMO ENDORSED

Tel. (212) 608-1260
Fax (646) 430-8944
Cell: (917) 553-6704
grgoltzer@gmail.com

December 12, 2019

Hon. Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007
Via ECF

*United States v. Sydney Scales*
19 Cr. 96 (LTS)

Dear Judge Swain:

Please accept this letter as an application, pertaining to the Scales defense team, for an order relieving my full time associate counsel, Ying Stafford, Esq. from the Scales case.

Your Honor recently relieved my office from representing Mr. Scales, as well as relieving lead counsel Richard Rosenberg, Esq. When both of us were originally appointed, Your Honor, at our reqest, appointed two associate counsel for us, Ms. Stafford for me and Ms. Calhous for Mr. Rosenberg. Mr. Rosenberg has moved to have his associate relieved.

I have just spoken to Justine Harris, Esq., one of the attorneys who has substituted for me. She advises that she has no need for Ms. Stafford to continue. Ms. Stafford agrees that there is no reason to continue on the matter, particularly since I have been relieved for the reasons stated under seal, on the record. Thank you for your consideration. I remain

*The request is granted. Ms. Stafford is relieved as associate counsel for Mr. Scales.*

Respectfully,
*GRGoltzer*
George R. Goltzer

SO ORDERED:

_____ 12/13/19
HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE