UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

UNITED STATES OF AMERICA,

  -v-                                                      No. 19-CR-0096-LTS

SYDNEY SCALES (1)
ERNEST HORGE (2),

       Defendant(s).

-------------------------------------------------------x

## ORDER

The pretrial conference scheduled for February 27, 2020, is rescheduled to **February 27, 2020 at 2:30 p.m.** in Courtroom 17C.

SO ORDERED.

Dated: New York, New York
       January 9, 2020

                                          /s/ Laura Taylor Swain
                                          LAURA TAYLOR SWAIN
                                          United States District Judge