UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                                          :
:
-v-                                                                :    19-CR-96 (LTS)
:
SYDNEY SCALES and ERNEST HORGE,                                    :
:
Defendants.                                                        :
:
-------------------------------------------------------------------X

## ORDER

The pretrial conferences currently scheduled for September 9, 2020, at 9:00 a.m. (in United States v. Scales, No. 19-CR-96-1; see Docket Entry No. 99), and September 10, 2020, at 9:00 a.m. (in United States v. Horge, No. 19-CR-96-2; see Docket Entry No. 100), are hereby rescheduled to proceed as a joint telephonic conference on **September 10, 2020, at 10:30 a.m.** To access the call, participants must dial **888-363-4734**, enter the access code **1527005**, and the security code **1919**.  (Members of the press and public may call the same number, but will not be permitted to speak during the conference.)  As requested, counsel for each defendant will be given an opportunity to speak with his or her client by telephone for fifteen minutes before the proceeding begins (i.e., at 10:15 a.m.); each defense counsel should make sure to answer the telephone number that was previously provided to Chambers at that time.

During the call, participants are directed to observe the following rules:

1. Use a landline whenever possible.

2. Use a handset rather than a speakerphone.

3. All callers to the line must identify themselves if asked to do so.

4. Identify yourself each time you speak.

      5.    <u>Mute</u> when you are not speaking to eliminate background noise.

      6.    Spell proper names.

Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the court.

      SO ORDERED.

Dated: New York, New York
      September 2, 2020

<u>/s/ Laura Taylor Swain</u>
LAURA TAYLOR SWAIN
United States District Judge