UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA,

    -v-                                              19-CR-96 (LTS)

SYDNEY SCALES and ERNEST HORGE,

                    Defendants.

-------------------------------------------------------------------X

ORDER

In aid of ensuring a timely request for one or more trial dates in 2021, the parties are directed to promptly meet and confer and to file a joint status letter, no later than **October 9, 2020**, setting forth (1) their estimate(s) of the time needed for the presentation of evidence (a) at a joint trial, (b) at a trial of Mr. Horge only, and (c) a trial of Mr. Scales only, and (2) their availability for trial in the first quarter of 2021.

    SO ORDERED.

Dated:  New York, New York
          October 1, 2020

                                                    /s/ Laura Taylor Swain
                                                    LAURA TAYLOR SWAIN
                                                    United States District Judge