```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x
                                     :
UNITED STATES OF AMERICA             :     ORDER
                                     :
    -v.-                              :     19 Cr. 96 (LTS)
                                     :
SYDNEY SCALES and                    :
ERNEST HORGE,                        :
                                     :
              Defendants.            :
                                     :
                                     :
- - - - - - - - - - - - - - - - - - x
```

   WHEREAS, with the consent of defendants SYDNEY SCALES, his attorney Justine Harris, Esq., and ERNEST HORGE, through his attorney, Matthew Myers, Esq., the Government requested leave to publicly file a redacted version of its opposition to HORGE's motions for severance, a bill of particulars, and to dismiss, and to file an unredacted version under seal;

   WHEREAS, the Government has set forth specific facts detailing why public filing of the unredacted version would pose a danger to cooperating witnesses and their families;

   WHEREAS, upon review of the unredacted version, the Court finds that the redacted contents of the opposition are sufficiently detailed to potentially allow others to identify cooperating witnesses, which is likely to lead to tampering with, or retaliation against, such witnesses,

IT IS HEREBY ORDERED that the Government's unredacted opposition to HORGE's motions may be filed under seal, with a redacted version filed on the public docket.

SO ORDERED.

Dated:   New York, New York
         October 19, 2020

                                                <u>/s/ Laura Taylor Swain</u>
                                                HONORABLE LAURA TAYLOR SWAIN
                                                UNITED STATES DISTRICT JUDGE