UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

                                                                    :
UNITED STATES OF AMERICA,                                           :
                                                                    :
            -v-                                                     :            19-CR-96 (JSR)
                                                                    :
SYDNEY SCALES and ERNEST HORGE,                                     :
                                                                    :
                        Defendants.                                 :
                                                                    :

---------------------------------------------------------------------X

<u>O</u>RDER

       The pretrial conferences currently scheduled for November 12, 2020, at 9:00 a.m.
(in <u>United States v. Horge</u>, No. 19-CR-96-2; <u>see</u> Docket Entry No. 118), and November 13,
2020, at 9:00 a.m. (in <u>United States v. Scales</u>, No. 19-CR-96-1; <u>see</u> Docket Entry No. 119), are
hereby rescheduled to proceed as a joint telephonic conference on **November 13, 2020, at 12:00
p.m.,** before Judge Laura Taylor Swain.  To access the call, participants must dial **888-363-4734,**
enter the access code **1527005#**, and the security code **1919#**.  (Members of the press and public
may call the same number, but will not be permitted to speak during the conference.)  As
requested, counsel for Mr. Scales will be given an opportunity to speak with Mr. Scales by
telephone for fifteen minutes before the proceeding begins (<u>i.e.</u>, at 11:45 a.m.); defense counsel
should make sure to answer the telephone number that was previously provided to Chambers at
that time.

       During the call, participants are directed to observe the following rules:

1.      Use a landline whenever possible.

2.      Use a handset rather than a speakerphone.

3.      All callers to the line must identify themselves if asked to do so.

4.      Identify yourself each time you speak.

5.      <u>Mute</u> when you are not speaking to eliminate background noise.

6.      Spell proper names.

Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the court.

SO ORDERED.

Dated: New York, New York
       November 6, 2020

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge