UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                              :
:
-v-                                              :        19-CR-96 (JSR)
:
SYDNEY SCALES and ERNEST HORGE,                        :
:
Defendants.                              :
:
------------------------------------------------------------------X

### ORDER

The Parties are hereby informed that this case was not assigned a trial setting for March 2021. Judge Rakoff will make an application at the appropriate time for a setting in the second quarter of 2021. Judge Swain will conduct the upcoming pretrial conferences scheduled for December 3 and 4, 2020.

SO ORDERED.

Dated: New York, New York
November 23, 2020

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge
(for the Hon. Jed S. Rakoff)