```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
UNITED STATES OF AMERICA            :
                                    :
                                    :   19-cr-96 (JSR)
        -v-                         :
                                    :   ORDER
SYDNEY SCALES and ERNEST HORGE,     :
                                    :
        Defendants.                 :
                                    :
------------------------------------x
```

JED S. RAKOFF, U.S.D.J.

Yesterday, counsel for all parties jointly called Chambers pursuant to the Court's Individual Rules regarding certain pretrial motions contemplated by the parties. The parties mutually agreed upon a proposed briefing schedule, which the Court adopts, viz.:

- The Government's motion to quash the Rule 17(c) subpoena issued by Scales and served on the Bureau of Prisons shall be filed by June 18. Scales's response shall be filed by June 22. There will be no reply brief or oral argument, unless the Court directs otherwise.

- The defendants' motion to preclude certain cell-site location information on Daubert and Rule 403 grounds and to compel certain discovery, as well as Scales's renewed motion to sever, shall be filed by June 24. The Government's opposition to these motions shall be filed by July 7. Unless the Court directs otherwise, there will be

1

no reply brief. Oral argument and a <u>Daubert</u> hearing, if necessary, are scheduled for July 13 at 3 p.m., in person in Courtroom 14B.

- Motions in limine shall be served upon the opposing party by July 7. These motions, together with the parties' oppositions thereto, shall be filed on the docket by July 14 at 5 p.m.

SO ORDERED.

Dated: New York, NY
June 17, 2021

_____
JED S. RAKOFF, U.S.D.J.