UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

SYDNEY SCALES,

            Defendant.

19-CR-0096 (JSR)

**[PROPOSED] ORDER**

To: METROPOLITAN DETENTION CENTER, BROOKLYN, NEW YORK

WHEREAS, Sydney Scales is an incarcerated individual at the Metropolitan Detention Center, Brooklyn, New York ("MDC") under Register Number 53413-083; and

WHEREAS, trial in this matter is scheduled to commence on July 20, 2021 and to continue for approximately two weeks; and

WHERFORE, Mr. Scales requires five sets of court clothes for trial, to be furnished by his attorney.

IT IS THEREFORE ORDERED that Mr. Scales be permitted to receive up to five sets of suitable trial clothes at MDC prior to July 20, 2021 and to maintain such clothes during the full pendency of the trial.

    SO ORDERED.

Dated:    July 9, 2021
               New York, NY

                                                     Hon. Jed S. Rakoff