UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

SYDNEY SCALES,

Defendant.

19-CR-0096 (JSR)

**ORDER**

Upon the application of Sydney Scales, Registration Number 53413-083, by his attorneys, Justine Harris, Michael Tremonte, and Elizabeth Jánszky:

IT IS HEREBY ORDERED that the Metropolitan Correctional Center (MCC) permit daily visits with Mr. Scales's counsel ~~as requested~~, and that such access should begin immediately and continue through the trial in this matter, *scheduled to begin July 20, 2021*.

IT IS FURTHER ORDERED that the Metropolitan Detention Center (MDC) and the MCC expeditiously transfer Mr. Scales's personal possessions from the MDC to the MCC, including, but not limited to, the discovery mailed to Mr. Scales from the United States Attorney's Office.

Dated: July 14 2021
New York, NY

SO ORDERED:

_____
Hon. Jed S. Rakoff