**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

v.

SYDNEY SCALES,

              Defendant.

S3 19 Cr. 96 (JSR)
**ORDER**

Upon the application of Sydney Scales, by his attorneys, Justine Harris, Michael Tremonte, and Elizabeth Jánszky, for an order authorizing the Jury Administrator and Assistant Jury Administrator of the United States District Court for the Southern District of New York to speak with counsel for both parties in this matter:

IT IS HEREBY ORDERED that the Jury Administrator and Assistant Jury Administrator for the Southern District of New York are authorized to speak with counsel for both parties with respect to any questions related to the July 9, 2021 order authorizing and directing the Jury Administrator to reproduce records pursuant to 28 U.S.C. § 1867(f).

Dated: July 16, 2021
      New York, NY

SO ORDERED.

_____
The Honorable Jed S. Rakoff