UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

SYDNEY SCALES,

Defendant.

S3 19 Cr. 96 (JSR)

~~PROPOSED~~ ORDER

Upon the application of Sydney Scales, by his attorneys, Justine Harris, Michael Tremonte, and Elizabeth Jánszky, for an order authorizing the Jury Administrator for the Southern District of New York to reproduce the records pursuant to 28 U.S.C. § 1867(f):

IT IS HEREBY ORDERED that the Jury Administrator for the Southern District of New York is authorized and directed to produce the following records to defense counsel, Justine Harris, Michael Tremonte, and Elizabeth Jánszky:

(a) A list of all the individuals who received a summons to appear for jury services at the Southern District of New York on July 20, 2021 (the "July 20 potential jurors"), including each individual's demographic information, the individual's status (i.e., whether the individual is identified as in the "pool," "deferred," "responded," or "disqualified"), the return date, the deferral date, and the explanation of why the individual was excused.

Dated: July 16 2021
New York, NY

SO ORDERED

_____
The Honorable Jed S. Rakoff