**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA,

v.

SYDNEY SCALES,

                Defendant.

19-CR-0096 (JSR)

**ORDER**

---

To: METROPOLITAN CORRECTIONAL CENTER, NEW YORK, NEW YORK

WHEREAS, Sydney Scales is an incarcerated individual at the Metropolitan Correctional Center, New York, New York ("MCC") under Register Number 53413-083; and

WHEREAS, trial in this matter is scheduled to commence on July 20, 2021 and to continue for approximately two weeks; and

WHERFORE, Mr. Scales requires three sets of court clothes for trial, to be furnished by his attorney. The articles will include the following: three (3) shirts/blouses, one (1) pair of shoes, three (3) pairs of socks, three (3) pairs of pants, two (2) ties, and one (1) belt.

IT IS THEREFORE ORDERED that Mr. Scales be permitted to receive up to five sets of suitable trial clothes at MCC prior to July 20, 2021 and to maintain such clothes during the full pendency of the trial.

    SO ORDERED.

Dated:      July 19, 2021
                  New York, NY

                                                              Hon. Jed S. Rakoff