UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
UNITED STATES OF AMERICA           :
                                   :
        -against-                  :     **ORDER**
                                   :
                                   :     19cr96(JSR)
**Sydney Scales**                  :     Docket #
------------------------------------x


<u>Jed S. Rakoff,        </u>, **DISTRICT JUDGE**:
  Judge's Name


The C.J.A. attorney assigned to receive cases on this day,
<u>**Bennett Epstein**          </u> is hereby ordered to assume

representation of the witness <u>Antanavan Demevy</u>

in the above captioned<u>  matter  </u>


                    **SO ORDERED.**

                         _____
                         **UNITED STATES DISTRICT JUDGE**


7-26-21
**Dated: New York, New York**