UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TAMARA WILSON, *individually, et al.*,

                Plaintiff,

- against-

TRILLER, INC., a Delaware corporation,

                Defendant.

1:21-cv-11228 (JSR)

**ORDER FOR ADMISSION
PRO HAC VICE**

The motion of  Anne K. Davis , for admission to practice Pro Hac Vice in the above captioned action is grated.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of  California ; and that his/her contact information is as follows (please print):

    Applicant's Name:  Anne K. Davis

    Firm Name:  Bleichmar Fonti & Auld LLP

    Address:  555 12th Street, Suite 1600

    City / State / Zip:  Oakland, CA 94607

    Telephone / Fax:  (415) 445-4003  / (415) 445-4020

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for  Plaintiff Tamara Wilson, *individually, et al.*,  in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including Rules governing discipline of attorneys.

Dated:  2/14/2022

*Jed S. Rakoff, U.S.D.J.*
United States District Magistrate Judge