UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
                                    :
UNITED STATES OF AMERICA            :
                                    :
    -against-                       :        **ORDER**
                                    :
    Scales                          :        19cr96 (JSR)
                                    :        _____
                                    :        Docket #
------------------------------------x


<u>Hon. Jed S. Rakoff</u>, DISTRICT JUDGE:
       Judge's Name

The C.J.A. attorney assigned to this case
<u> Justine Harris          </u> is hereby ordered substituted
       Attorney's Name

and the representation of the defendant in the above captioned

matter is assigned to <u> Sabrina Shroff         </u>, NUNC-PRO-TUNC _____.
                              Attorney's Name

                                    SO ORDERED.

                                    _____
                                    UNITED STATES DISTRICT JUDGE


Dated:   New York, New York    8/6/2024