5

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------x
                                          :
UNITED STATES OF AMERICA                  :     AMENDED
                                          :
        -against-                         :     ORDER
                                          :
    Scales                                :
                                          :     19cr96 (JSR)
                                          :     ─────────────
                                          :     Docket #
------------------------------------------x


 Hon. Jed S. Rakoff         , DISTRICT JUDGE:
        Judge's Name

The C.J.A. attorney assigned to this case

 Justine Harris              is hereby ordered substituted
        Attorney's Name

and the representation of the defendant in the above captioned

matter is assigned to  Kristen Santillo        , NUNC-PRO-TUNC _____.
                          Attorney's Name

                                    SO ORDERED.

                                    _____
                                    UNITED STATES DISTRICT JUDGE


Dated:   New York, New York   8/6/2024