UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------x
                                         :
UNITED STATES OF AMERICA                 :
                                         :
        -against-                        :        **ORDER**
                                         :
     Sydney Scales                       :
                                         :        19cr096-01(JSR)
                                         :        ──────────────
                                         :        Docket #
-----------------------------------------x


Hon. Jed S. Rakoff_____, DISTRICT JUDGE:
        Judge's Name

The C.J.A. attorney assigned to this case

Kristen Santillo_____ is hereby ordered substituted
        Attorney's Name

and the representation of the defendant in the above captioned

matter is assigned to  Angus James Bell_____, NUNC-PRO-TUNC  8/7/2024_____.
                              Attorney's Name

                                   SO ORDERED.

                                   _____
                                   UNITED STATES DISTRICT JUDGE


Dated:   New York, New York  8/7/2024