```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| UNITED STATES OF AMERICA, | |
|---|---|
| -against- | 19-cr-96-01 (JSR) |
| SYDNEY SCALES, | ORDER |
| Defendant. | |

JED S. RAKOFF, U.S.D.J.:

Before the Court is defendant Sydney Scales's motion for a new trial. On July 24, 2024 and August 6, 2024, Scales filed pro se letters seeking a new trial based on newly discovered evidence pursuant to Federal Rule of Criminal Procedure 33. See ECF Nos. 294, 297. The Court subsequently appointed CJA counsel to represent him. See ECF Nos. 296, 298, 299. Counsel has now informed the Court that "Mr. Scales authorized [him] to advise the Court that he will not be seeking a new trial pursuant to Fed. Crim. P. Rule 33." ECF No. 301. Accordingly, the Court hereby dismisses Scales's motion for a new trial on consent and respectfully directs the Clerk of Court to close ECF Nos. 294 and 297.

SO ORDERED.

New York, NY
10/31, 2024

JED S. RAKOFF, U.S.D.J.

1