```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/13/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Sydney Scales,

            Movant,           1:19-cr-00096-1 (JSR)[1]

    -against-                **ORDER**

United States of America,

            Respondent.

**STEWART D. AARON, United States Magistrate Judge:**

It is hereby Ordered as follows:

1. No later than January 27, 2025, Respondent United States of America (the "Government") shall file any response to the motion by Movant Sydney Scales ("Scales") to expand the record cites pursuant to Rule 7 of the Rules Governing Section 2255 Proceedings. (*See* Mot. to Expand Record, 24-CV-08571 ECF No. 7.)

2. Scales shall file any reply in support of his motion to vacate under 28 U.S.C. § 2255 (Mot. to Vacate, 19-CR-00096-1 ECF No. 303, 24-CV-08571 ECF No. 1) no later than February 12, 2025.

3. Scales' motion to unseal a February 15, 2019 Order by Magistrate Judge Fox and for a copy of the Order (*see* Motion to Unseal, 19-CR-00096-1 ECF No. 305, 24-CV-08571 ECF No. 9) is denied as moot. The Government has filed a copy of that Order, along with its accompanying application and affidavit, on the ECF docket as an attachment

---

[1] Related case No. 1:24-CV-08571 (JSR) (SDA).

to its opposition memorandum.[2] (*See* 2/15/209 Warrant and Order, ECF No. 306-1, at PDF pp. 17-26.)

**SO ORDERED.**

Dated:   New York, New York
         January 13, 2025

_____
STEWART D. AARON
United States Magistrate Judge

---

[2] The Government also indicated that these documents were produced in discovery. (*See* Gov't Opp. Mem., ECF No. 306, at PDF p. 7.)