UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>SYDNEY SCALES,<br><br>Defendant. | 19-cr-96 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.:

On October 31, 2025, after having reviewed the underlying motion and considered petitioner Sydney Scales's objections de novo, the Court adopted Magistrate Judge Stewart D. Aaron's Report and Recommendation in the above-captioned matter in its entirety and denied Scales's motion pursuant to 28 U.S.C. § 2255. See ECF No. 318.

Now before the Court are Scales's untimely motion to amend his § 2255 petition, see ECF No. 322, as well as Scales's Rule 59(e) motion to amend the Court's judgment, see ECF No. 321. As to the former motion, the Court dismisses it as untimely, moot (in light of the Court's prior decision), and without merit. The Court also denies the motion to amend because the Court correctly determined that Scales's defense counsel raised the Fourth Amendment argument that Scales claims was never made. Thus, Scales has not demonstrated a "need to correct a clear error." Virgin Atl. Airways, Ltd. v. Nat'l Mediation Bd., 956 F.2d 1245, 1255 (2d Cir. 1992).

In sum, Scales's new motions are denied in all respects. The Clerk of Court is respectfully directed to close ECF Nos. 321 and 322.

SO ORDERED.

New York, NY
September 14, 2026

JED S. RAKOFF, U.S.D.J.